# 760 CASES REPORTED WITH BRIEF SYLLABI.

EDINBURGH REALTY CORPORATION, Respondent, v. THE GREAT ORIENTAL LAND DEVELOPMENT INDUSTRIAL COMPANY, INC., and Others, Defendants Impleaded with JOSHUA M. FIERO, JR., as Permanent and Temporary Receiver, etc., Appellant.— Final judgment modified by consent upon the argument by striking out the additional allowance of $2,000, and as so modified unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FANNY S. EICHELBERGER, Respondent, v. JOHN L. DODGE and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

EDITH FRASER and Others, Respondents, v. JAMES T. WALLACE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

ISAAC GOLDBERG and Another, Copartners, etc., Appellants, v. ABRAHAM LEVINE, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BELLA KAUFMAN, Respondent, v. LOUIS WIESNER and Another, Appellants.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

SAMUEL E. KELLY, Respondent, v. GEORGE LEARY CONSTRUCTION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

MINNIE LOTTERLE, Appellant, v. EDWARD LOTTERLE, Respondent.— Order affirmed, with ten dollars costs and disbursements. The order amending the judgment was entered pursuant to a stipulation of the parties on March 4, 1912. This amended judgment, if not valid, was voidable only. For nearly twelve years the judgment so amended has been complied with and recognized as valid by both parties. Plaintiff failed in her effort to show that the amendment of the judgment was the result of fraud or duress. Under such circumstances equity will not grant her the relief sought. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Rich, J., concurs on the ground of plaintiff's laches.

MARY H. MULLEN, Appellant, v. MARY SEREFIN MULLINS and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES L. DARDIS, Relator, v. GEORGE J. GILLESPIE and Others, as Commissioners of the Board of Water Supply of the City of New York, Respondents.— Determination of the commissioners of the board of water supply of the city of New York confirmed, with twenty-five dollars costs, and order of certiorari dismissed. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ROOSEVELT MEMORIAL ASSOCIATION OF OYSTER BAY, INC., Respondent, v. CHARLES H. JONES and Others, as Executors and Trustees, etc., of MARY E. JONES, Deceased, and Others, Appellants, Impleaded with Others, Defendants.— Final order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.